IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY HEIM, | ) | Case No. 8:10cv362 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | |
| | ) | |
| LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, a | ) | |
| corporation | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, (Filing No. 18),

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED this 16th day of May, 2011

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge

4833-3270-1449, v. 1